UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Case No. 0:17-cv-1111-PJS-KMM

Masakela Jeffron Prentice Riley,

            Plaintiff,

v.

Walmart Corporation and Walmart
Security Guard 301#,

           Defendants.

**ORDER**

---

Masakela Jeffron Prentice Riley, OID 222-442, MCF Stillwater, 970 Pickett Ave N, Bayport, MN 55003, plaintiff pro se

---

The above matter comes before the Court upon the Report and Recommendation of the United States Magistrate Judge Katherine Menendez dated November 14, 2017. No objections have been file to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED THAT** this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) for failure to prosecute.

Let judgment be entered accordingly.

Date: November 14, 2017

                                          s/Patrick J. Schiltz
                                          Patrick J. Schiltz
                                          United States District Judge